Gary SLEZAK, Plaintiff—Appellant,

v.

Samuel B. GLOVER, Director of South Carolina Department of Probation, Parole and Pardon Services in his individual and official capacity; South Carolina Probation, Pardon and Parole Board, John and Jane Does in their official and individual capacities; Jon Ozmint, Director of the South Carolina Department of Corrections in his individual and official capacity; Stanley Burt, Warden of Lieber Correctional Institution in his individual and official capacity; Ramnarine Jaglal, Dentist, in his individual and official capacity, Defendants—Appellees.

No. 08–8167.

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2009.

Decided: June 3, 2009.

Gary Slezak, Appellant Pro Se. Kenneth Paul Woodington, Davidson & Linde-

mann, PA, Columbia, South Carolina, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Slezak appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Slezak v. Glover,* No. 4:06–cv–01122–RBH, 2008 WL 4308144 (D.S.C. Sept. 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*